*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

_____

Before
HITESMAN, GASTON, and KOVAC,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Laurence L. BAKER**
Corporal (E-4), U.S. Marine Corps
Appellant

**No. 201900274**

Decided: 9 April 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Military Judges:
Jeffery Munoz (arraignment)
John P. Norman (trial)

Sentence adjudged 15 July 2019 by a special court-martial convened at Marine Corps Air Ground Combat Center Twenty Nine Palms, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1 and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Christopher Roper, JAGC, USN.*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court